**Patricia DRURY, n/k/a Patricia Thornton, Plaintiff/Respondent,**

v.

**Kem A. DRURY, Defendant/Appellant.**

**No. 64436.**

Missouri Court of Appeals, Eastern District, Division Four.

May 31, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1994.

Clifford Schwartz, Schwartz & Ochs, St. Louis, for appellant.

Patricia A. Riehl, Hollingsworth & Riehl, Hillsboro, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

Father appeals from a modification order which increased the amount he pays for child support.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).